**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Roland A. Leveille

    v.                                                  Case No. 07-cv-347-PB

Paul Croteau


**ORDER**

    The Defendant filed a Notice of Removal in the above-captioned action on October 22, 2007. The Defendant's submission did not include the initiating document filed by the Plaintiff in Berlin District Court, which would appear to be a landlord and tenant writ based upon the state district court case caption.

    Pursuant to 28 U.S.C. § 1446(a), in addition to the Notice of Removal the Defendant is required to file "a copy of all process, pleadings, and orders served upon such defendant ... in such action."  Additionally, pursuant to 28 U.S.C. § 1447(b), the court "may require the removing party to file with its clerk copies of all records and proceedings in such State court ...."  Thus, within ten (10) days of this date, the Defendant is ordered

to file with the clerk of this court a copy of the state court initiating document, which appears to be a landlord and tenant writ, and any other pleadings filed in or process issued by the Berlin District Court prior to the date the of the filing of the Notice of Removal.  The failure to file these documents within this ten (10) day period will result in this case being remanded to Berlin District Court.

    **SO ORDERED.**

    /s/ Paul Barbadoro
    Paul Barbadoro
    United States District Judge

Date: November 6, 2007

cc:  Wayne T. Moynihan, Esq.
     Paul Croteau, pro se